| | | | |
|---|---|---|---|
| Case No. | CV 17-04603-CBM (SKx) | Date | August 29, 2017 |
| Title | Bank of America, National Association  v.  Michael Helms, et al. | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William A. Brown, Jr. | Michael Helms, *Pro Se* |

**Proceedings:**    PLAINTIFF'S MOTION TO REMAND [15]

    The case is called. Counsel and plaintiff state their appearances. The Court, counsel and plaintiff confer. Plaintiff's Motion to Remand is GRANTED. The Court finds that it has no jurisdictional basis over the complaint.

**:04**